) 241 (Rev. 5/85)

RECEIPT # 66952
AMOUNT $ 5.00

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

If petitioner is attacking a judgment which imposed a sentence to be served in the future, petitioner must fill in the name of the state where judgment was entered. If petitioner has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.)

05-11876 EFH

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

*Instructions — Read Carefully*

1) This petition must be legibly handwritten or typewritten, and signed by the petitioner under the penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your personal account exceeds $ _____ , you must pay the filing fee as required by the rules of the district court.

5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions to each court.

6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

7) When the petition is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

# United States District Court

| District | Massachusetts |
|---|---|

| Name | Prisoner No. | Case No. |
|---|---|---|
| Pedro Arce | W-57663 | 2880 |

Place of Confinement

Massachusetts Correction Institution at Norfolk
2 Clark Street, Norfolk, MA 02056

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Pedro Arce | V. Luis S. Spencer |

05-11876EFH

The Attorney General of the State of:

Thomas Reilly (Massachusetts)

## PETITION

Name and location of court which entered the judgment of conviction under attack  Suffolk County Superior Court, New Court House, 717 Pemberton Sq. Boston, MA 02108

Date of judgment of conviction  December 16, 1994

Length of sentence  Natural Life (Murder in the First Degree)

Nature of offense involved (all counts)  Murder of my Wife

What was your plea? (Check one)
(a) Not guilty  ☒
(b) Guilty  ☐
(c) Nolo contendere  ☐

If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

If you pleaded not guilty, what kind of trial did you have? (Check one)
(a) Jury  ☒
(b) Judge only  ☐

Did you testify at the trial?
Yes ☐   No ☒

Did you appeal from the judgment of conviction?
Yes ☒   No ☐

(2)

241 (Rev. 5/85)

If you did appeal, answer the following:

(a) Name of court ____ Supreme Judicial Court. (Automatic review) ____

(b) Result ____ Affirmed ____

(c) Date of result and citation, if known ____ March 12, 1998 Citation not known. ____

(d) Grounds raised ____ Innocence, Alibi Defense ____

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court ____ Supreme Judicial Court (Single Justice Gate Keeper) ____

(2) Result ____ Still Awaiting Disposition ____

(3) Date of result and citation, if known ____

(4) Grounds raised ____

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court ____

(2) Result ____

(3) Date of result and citation, if known ____

(4) Grounds raised ____ Ineffective Assistance of Counsel ____
____ Breach of Contract ____

). Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒    No ☐

.. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ____ Suffolk Superior Court ____

(2) Nature of proceeding ____ Rule 30(b) (New Trial) ____

(3) Grounds raised ____ Breach of Contract for failure to bring deal
that was in place to the courts attention. Ineffective
Assistance of Counsel ____

(3)

241 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result ___Denied without a hearing___

(6) Date of result ___October 28, 2002___

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___Suffolk Superior Court___

(2) Nature of proceeding ___Revise & Rule 30(b) (New Trial) Revoke___

(3) Grounds raised ___Ineffective, (Breach of Contract)___
___Assistance of Counsel___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Result ___Affirmed/Denied___

(6) Date of result ___June 14, 1999.___

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☒    No ☐
(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
  Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __Petitioner's Trial and Appellate Counsel failure to bring to the courts attention, that a deal was in place.__

Supporting FACTS (state *briefly* without citing cases or law) __The states District Attorney convied a deal that the defendant/petitioner would only serve eight (8) years for his plea agreement contract. Which your petitioner did via his attorney, but deal was not convied to the trial or Appellate Court.__

B. Ground two: __Ineffective Assistance of Counsel, Breach of Contract.__

Supporting FACTS (state *briefly* without citing cases or law): __When I notice that my attorney did not bring to the court's attention about the deal that was suppose to be in place, he said it would come down to my word versus his.__

(5)

241 (Rev. 5/85)

C. Ground three: ~~claims when intervention was sought by the State's~~ Failure to reach the merits of the petitioner's Highest Court.

Supporting FACTS (state *briefly* without citing cases or law) When the SJC-Single Justice Court received my state petition requesting their intervention over courts inferior, refusal to addressed my several request to do so, even though the petitioner paid the requested fee for said filing of $260.00 only after the passing of a year or so petitioner's $260.00 returned back to him.

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: The reason that arguments in (B) & (C) were not raised first, is because the vehicle used to to try and bring my pro se claims to the States Highest Court refuse to address my claims, before, and after I paid court cost for them to address said claims.

Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☒        No ☐

Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing   Dana Curan, Esq. 200 High Street, Third Floor, Boston MA 02110

(b) At arraignment and plea   "  "  "  "          "  "                    "  "

(6)

241 (Rev. 5/85)

(c) At trial  Attorney John C. McBride
20 Commercial Street
Boston, MA 02109

(d) At sentencing  (Same)

(e) On appeal  Dana A. Curhan, Esq.
101 Arch Street suite 305
Boston, MA 02110-3328

(f) In any post-conviction proceeding  Pro se

(g) On appeal from any adverse ruling in a post-conviction proceeding  Court received Appeal but has not ruled on it over four years. (No action)

1. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☐   No ☒

2. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐   No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

9-7-05
(date)

_Pedro Are_
Signature of Petitioner

(7)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Pedro Arce

## DEFENDANTS
SUPT. OF MASSACHUSETTS CORR. INST. LUIS SPENCER, and ATTORNEY GENERAL THOMAS REILLY ONE ASHBURTON PLACE, BOSTON MA. 02109

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Norfolk
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Norfolk
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

05-11876EFH

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pedro Arce, Pro Se
M.C.I.-Norfolk
P.O. BOX 43
Norfolk, MA. 02056

ATTORNEYS (IF KNOWN)
Office of the Attorney General
1 Ashburton Place
Boston, MA. 02108-1698

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | LABOR | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☒ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 U.S.C.S. WRIT OF HABEAS CORPUS (STATE CUSTODY)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE   9-6-05

SIGNATURE OF ATTORNEY OF RECORD   Pedro Arce

FOR OFFICE USE ONLY
AMOUNT _____ MA