# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**PEDRO ARCE,**
        **Petitioner**

**v.**

**LUIS SPENCER,**
**Superintendent of M.C.I. at Norfolk,**
**and THOMAS REILLY, Attorney**
**General,**
        **Respondents.**

**CIVIL ACTION NO.:**
**05-11876-EFH**

## O R D E R

### September 21, 2005

**HARRINGTON, D.J.**

    A Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, having been filed by the Petitioner Pedro Arce, the Court orders the Criminal Bureau of the Attorney General's Office of the Commonwealth of Massachusetts to respond to said Petition on behalf of the respondents within sixty days from the date of this Order.

    SO ORDERED.

                                          /s/ Edward F. Harrington
                                          **EDWARD F. HARRINGTON**
                                          **United States District Judge**