# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO ARCE, | ) |
|    Petitioner, | ) |
| | ) |
|   v. | )    Civil Action No. 05-11876-EFH |
| | ) |
| LUIS SPENCER, | ) |
|    Respondent. | ) |

## **NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the respondent, Luis Spencer.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Jonathan Ofilos
Jonathan Ofilos ( BBO #  658091)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634

Dated: November 21, 2005

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the petitioner, Pedro Arce, on November 21, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Pedro Arce, *pro se*, M.C.I. Norfolk, 2 Clark Street, Norfolk, Massachusetts 02056.

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General