UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO ARCE,<br>   Petitioner,<br><br>  v.<br><br>LUIS SPENCER,<br>   Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-11876-EFH<br>)<br>)<br>)<br>) |

**RESPONDENT'S MOTION TO DISMISS PETITION**
**FOR WRIT OF HABEAS CORPUS AS TIME-BARRED**

  Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, the respondent respectfully submits this motion to dismiss the petition for writ of habeas corpus filed by the petitioner, Pedro Arce. The petition must be dismissed as time-barred under 28 U.S.C. § 2244(d), the statute of limitations for federal habeas corpus petitions, which is contained in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). As is set forth in greater detail in the accompanying memorandum of law, the petitioner's conviction became final on May 5, 1998, ninety days after the Supreme Judicial Court affirmed the conviction and found no basis for granting a new trial pursuant to it's authority under Mass. Gen. L. ch. 278 § 33E. As such, the statute of limitations expired one year later on May 5, 1999. The petitioner did not file a habeas corpus petition in this Court until September 21, 2005. Moreover, the statute of limitations was not tolled at any point between May 5, 1998 and May 5, 1999. Accordingly, the petition must be dismissed as time-barred.[1]

---

[1] Since it is clear from the face of the petition and the attached docket sheets that the petition is time-barred, the respondent will not, in the interest of economy, answer the petition or address any additional affirmative defenses. Should this Court rule that the petition is not time-barred, the respondent respectfully requests thirty days from the date of receipt of this Court's order to answer the petitioner or file a supplemental memorandum which addresses the additional

**WHEREFORE**, the respondent respectfully requests that the Court dismiss this habeas petition with prejudice on the grounds that it is time-barred.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos ( BBO #  658091)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634

Dated: November 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, Pedro Arce, on November 21, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Pedro Arce, *pro se*, M.C.I. Norfolk, 2 Clark Street, Norfolk, Massachusetts 02056.

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General

---

affirmative defenses and/or the merits of the petition.