# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
## Case Summary
## Criminal Docket

## Commonwealth v Arce, Pedro

Details for Docket: SUCR1967-28880

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCR1967-28880 | **Caption:** | Commonwealth v Arce, Pedro |
| **Entry Date:** | 04/07/1967 | **Case Status:** | Criminal 3 Ctrm 808 |
| **Status Date:** | 12/04/2002 | **Session:** | Disposed (appeal pending |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 01/18/1994 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: SUCR1967-28880

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Arce | **First Name:** | Pedro |
| **Address:** | MCI Norfolk | **Address:** | 2 Clark Street P.O. BOX 43 |
| **City:** | Norfolk | **State:** | MA |
| **Zip Code:** | 02056 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

6 Attorneys Involved for Docket: SUCR1967-28880

| **Attorney Involved:** | | **Firm Name:** | |
|---|---|---|---|
| **Last Name:** | Curhan | **First Name:** | Dana A |
| **Address:** | 101 Arch Street | **Address:** | Suite 305 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | |
| **Telephone:** | 617-261-3800 | **Tel Ext:** | |
| **Fascimile:** | 617-261-3805 | **Representing:** | Arce, Pedro (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | HAMP02 |
|---|---|---|---|
| **Last Name:** | McMahon | **First Name:** | Katherine E |
| **Address:** | 50 State Street | **Address:** | Hall of Justice |
| **City:** | Springfield | **State:** | MA |
| **Zip Code:** | 01102 | **Zip Ext:** | |
| **Telephone:** | 413-452-1100 | **Tel Ext:** | |
| **Fascimile:** | 413-731-2432 | **Representing:** | |

| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
|---|---|---|---|
| **Last Name:** | Sullivan | **First Name:** | Jane A |
| **Address:** | 1 Bulfinch Place | **Address:** | 3rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4009 | **Representing:** | |

| **Attorney Involved:** | | **Firm Name:** | HRON01 |
|---|---|---|---|
| **Last Name:** | Hrones | **First Name:** | Stephen |
| **Address:** | Lewis Wharf Bay 232 | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 3927 |
| **Telephone:** | 617-227-4019 | **Tel Ext:** | |
| **Fascimile:** | 617-227-3908 | **Representing:** | Arce, Pedro (Defendant) |

| **Attorney Involved:** | | **Firm Name:** | MA114 |
|---|---|---|---|
| **Last Name:** | Tochka | **First Name:** | Robert N |

| | | | | |
|---|---|---|---|---|
| **Address:** | ****JUSTICE**** | **Address:** | | |
| **City:** | Lynn | **State:** | MA | |
| **Zip Code:** | 01901 | **Zip Ext:** | | |
| **Telephone:** | | **Tel Ext:** | | |
| **Fascimile:** | | **Representing:** | | |

| | | | | |
|---|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MCBR01 | |
| **Last Name:** | McBride | **First Name:** | John C | |
| **Address:** | 240 Commercial Street | **Address:** | The Waterfront Bldg Suite 2B | |
| **City:** | Boston | **State:** | MA | |
| **Zip Code:** | 02109 | **Zip Ext:** | | |
| **Telephone:** | 617-367-8844 | **Tel Ext:** | | |
| **Fascimile:** | 617-523-5153 | **Representing:** | Arce, Pedro (Defendant) | |

## Calendar Events

16 Calendar Events for Docket: SUCR1967-28880

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 01/24/1994 | 09:30 | Conference: Status Review | 1 | Event continues over multiple d |
| 2 | 01/28/1994 | 09:30 | Conference: Status Review | 1 | Event continues over multiple d |
| 3 | 02/07/1994 | 09:00 | Hearing: Misc Matters | 3 | |
| 4 | 02/08/1994 | 09:00 | Hearing: Misc Matters | 3 | Event held as scheduled |
| 5 | 02/16/1994 | 09:30 | Hearing: Motion | 1 | |
| 6 | 03/07/1994 | 09:30 | Hearing: Motion | 1 | |
| 7 | 04/04/1994 | 09:30 | Hearing: Motion | 1 | |
| 8 | 05/02/1994 | 09:30 | Conference: Status Review | 1 | |
| 9 | 05/12/1994 | 09:30 | Hearing: Motion | 1 | |
| 10 | 05/20/1994 | 09:30 | Conference: Trial Assignment | 1 | Event canceled not re-schedule |
| 11 | 08/08/1994 | 09:30 | Hearing: Motion | 1 | Event canceled not re-schedule |
| 12 | 10/04/1994 | 09:30 | Conference: Trial Assignment | 1 | Event held as scheduled |
| 13 | 10/12/1994 | 09:00 | Conference: Status Review | 3 | Event held as scheduled |
| 14 | 10/17/1994 | 09:00 | TRIAL: by jury | 3 | |
| 15 | 11/17/1994 | 09:30 | Conference: Trial Assignment | 3 | |
| 16 | 12/12/1994 | 09:30 | Conference: Trial Assignment | 3 | Event held as scheduled |

## Full Docket Entries

159 Docket Entries for Docket: SUCR1967-28880

| Entry Date: | Paper No: | Docket Entry: |
| --- | --- | --- |
| 04/07/1967 | 1 | Indictment returned |
| 04/07/1967 | | Commonwealth's files: Request for the attendance of out of state witness, allowed. Rose, J. - N. Flanagan, ADA - J. Brown, Court Reporter |
| 04/10/1967 | | Notice & copy of indictment & entry on docket sent to Sheriff |
| 04/10/1967 | | Notice & copy of indictment sent to Chief Justice & Atty Gen |
| 04/10/1967 | | Notice sent to Department of Mental Health. |
| 04/10/1967 | | Filed to locate pending apprehension. Paquet, J. - Goldman, ADA - J. Gregory, Court Reporter |
| 04/10/1967 | | Order of notice without return of service on defendant received from Sheriff. |
| 11/20/1970 | | Requisition papers, defendant under arrest in Chicago, Illinois. |
| 07/16/1993 | | Commonwealth files: Request for attendace of Out of State Witness Pursuant to Gen. Law., Chap. 233, Sec. 13A-C. |
| 07/16/1993 | | Motion (P#2) allowed. Cowin, J. - R. Tochka, ADA - D. McLean, Court Reporter |
| 07/20/1993 | | Certif of Hon. Judith A. Cowin, Associate Justice of Superior Court of Ma. requirng attnd of Hector Acre, Commonwealth of Puerto Rico as material witnss before Suffolk Superior Criminal Court |
| 08/25/1993 | | Alias Indictment Warrant to issue. Wilson, AC/M - R. Powers, ADA - E.R.D. |
| 08/26/1993 | | Alias warrant issued. |
| 11/30/1993 | 3 | Order of Notice, with return of service endorsed thereon, filed. |
| 11/30/1993 | | Brought into Court on warrant. |
| 11/30/1993 | | Interpreter present. |
| 11/30/1993 | | Deft arraigned before Court - Indictment read. |
| 11/30/1993 | | RE offense 1: Plea of not guilty - Pre-trial Conference ordered for 12/10/93. |
| 11/30/1993 | | Mittimus without bail issued to Suffolk County Jail without prejudice. Wilson, AC/M - R. Tochka, ADA - E.R.D. - S. Hrones, Attorney |
| 12/10/1993 | | Defendant not in Court. Continued to 12/28/93 for status by agreement. |
| 12/10/1993 | 4 | Pre-trial conference report filed. Wilson, AC/M - R. Moynahan, ADA - E.R.D. |
| 12/28/1993 | | Defendant not in Court. Continued to 1/10/94 for status at request of defendant. Wilson, AC/M - R. Powers, ADA - E.R.D. |
| 02/08/1994 | 5 | Commonwealth files motion to take and presence testimony pursuant |

| Date | No. | Description |
|---|---|---|
| 02/08/1994 | 5 | MRCP 35 and memorandum of law in support of. |
| 02/08/1994 | | Motion (P#5) allowed but court doesnot rule on admissibility of |
| 02/08/1994 | | deposition until the trial judge has a hearing regarding |
| 02/08/1994 | | advailibility of witness. |
| 02/08/1994 | | Court orders discovery to be completed by 2/16/94. Banks J - R. |
| 02/08/1994 | | Tochka ADA - S. Hrones Attorney. |
| 03/07/1994 | 6 | Deft files motion for leave to file motions late. |
| 03/07/1994 | 7 | Deft files motion to suppress statements and memorandum in support |
| 03/07/1994 | 7 | of. |
| 03/07/1994 | 8 | Deft files motion to dismiss on grounds of prosecutorial misconduct |
| 03/07/1994 | 8 | and memorandum in support of. |
| 04/05/1994 | | Defendant not in Court. |
| 04/05/1994 | | Continued until 4/15/94 for status by agreement. Wilson, AC/M - R. |
| 04/05/1994 | | Tochka, ADA - E.R.D. |
| 05/26/1994 | | Brought into Court. |
| 05/26/1994 | 9 | Deft files Motion to continue deposition. |
| 05/26/1994 | | Motion (P#9) denied. Roseman, J. |
| 05/26/1994 | | Defendant's oral motion to dismiss made and denied. Deposition before |
| 05/26/1994 | | the Court of witness Hector Arce. |
| 05/26/1994 | | Interpreter present: Alina Bracciale and Maria McCarthy. |
| 09/22/1994 | 10 | Deft files: Motion for a speedy trial. Wilson, AC/M - R. Powers, ADA |
| 09/22/1994 | 10 | ERD. |
| 12/06/1994 | 11 | Commonwealth files: Request for attendance of out of state witness. |
| 12/06/1994 | | Motion (P#11) allowed. Banks, RAJ |
| 12/07/1994 | | Certificate of the Honorable Robert W. Banks requiring the attendance |
| 12/07/1994 | | of Jose Arce as a necessary and material witness on Tuesday, December |
| 12/07/1994 | | 13, l994 issued to any Judge of Court of Record in the state of New |
| 12/07/1994 | | York. Certificate issued. Banks, RAJ |
| 12/12/1994 | | Brought into Court. Commonwealth moves for trial. Court, Banks, RAJ, |
| 12/12/1994 | | Orders 14 jurors impanelled. Jury excused and ordered to return on |
| 12/12/1994 | | 12/13/94. Hearing re: motions. After hearing defendant's motion to |
| 12/12/1994 | | supress statements (P#7) is waived by the defendant. |
| 12/12/1994 | 12 | Motion in Limine I. |
| 12/12/1994 | 13 | Deft files: Motion in Limine II. |
| 12/12/1994 | | Motion (P#12) denied after hearing. |
| 12/12/1994 | | Motion (P#13) denied after hearing. |
| 12/12/1994 | | Continued until 12/13/94 for further trial by jury. Banks, RAJ - R. |
| 12/12/1994 | | Tochka, ADA - E. Mercurio, Court Reporter - J. McBride, Attorney |
| 12/13/1994 | | Brought into Court. Jury sworn. Indictment read. Trial with 14 jurors |
| 12/13/1994 | | begins. Banks, RAJ - R. Tochka, ADA - E. Mercurio, Court Reporter - |
| 12/13/1994 | | J. McBride, Attorney |

| Date | # | Entry |
|---|---|---|
| 12/14/1994 | | Brought into Court. Trial with 14 jurors continues. Commonwealth rests. |
| 12/14/1994 | 14 | Deft files: Motion for a required finding of not guilty. |
| 12/14/1994 | | Motion (P#14) denied. Banks, RAJ - R. Tochka, ADA - E. Mercurio, Court Reporter - J. McBride, Attorney |
| 12/15/1994 | | Brought into Court. Trial with 14 jurors continues. Defendant rests. |
| 12/15/1994 | | Defendant's oral motion for required finding of not guilty is denied. |
| 12/15/1994 | | At the final submission of the case to the jury, the Court ordered the jury reduced to 12 in number and the names of Fredda Simpson and George Casper were drawn and designated as alternative jurors. |
| 12/16/1994 | | Brought into Court. |
| 12/16/1994 | | Interpreter present. The Court orders the jury to resume its deliberations. |
| 12/16/1994 | | RE offense 1: Guilty verdict |
| 12/16/1994 | 15 | Verdict Affirmed. Verdict Slip filed. Commonwealth moves for sentencing. |
| 12/16/1994 | | Sentence imposed: For and during the term of his natural life. |
| 12/16/1994 | | Mittimus issued. |
| 12/16/1994 | | Sentence credit given as per 279:33A: 386 days. Banks, RAJ - R. Tochka, ADA - E. Mercurio, Court Reporter - J. McBride, Attorney |
| 12/19/1994 | 16 | Deft files: Notice of Appeal. |
| 12/19/1994 | 17 | Deft files: Motion for a new trial and affidavit. (Banks, J. notified w/copy) |
| 01/18/1995 | | Motion (P#17) denied. Banks, J. (R. Tochka, ADA and J. McBride, Attorney each notified). |
| 01/24/1995 | | Copy of notice of appeal mailed to Banks,J and R.Tochka,ADA |
| 01/24/1995 | 18 | Letter sent to Court Reporters E.R.D. - C.Janes and E.Mercurio for the preparation of the transcripts. Certificate of Clerk-filed. |
| 03/13/1995 | | Transcript received from R.Jacques, Court Reporter for E.R.D. |
| 06/09/1995 | | Transcript received from C.Janes,Court Reporter. |
| 06/13/1995 | | Letter sent to S.Garvin, Court Reporter Re: transcript of December l5, l994 before Banks,J. |
| 08/16/1995 | | Transcript received from S.Garvin, Court Reporter. |
| 04/25/1996 | | Second notice sent to E.Mercurio, Court Reporter Re: Transcripts. |
| 09/27/1996 | | Transcript received from E.Mercurio, Court Reporter. |
| 09/27/1996 | | Letter sent to E.Mercurio, Court Reporter Re: Transcript of l2-2l-94 is outstanding. |
| 10/17/1996 | | Transcript received from E.Mercurio, Court Reporter. |
| 01/07/1997 | | Notice sent to attorneys that transcripts are available. |
| 01/07/1997 | | Letter sent to Attorney D.Curhan Re: Cost of the transcripts. |
| 01/09/1997 | 19 | Certificate of delivery of transcript by Clerk-filed. |

| Date | # | Description |
|---|---|---|
| 01/13/1997 | 20 | Certificate of delivery of transcript by Clerk-filed. |
| 01/13/1997 | | Notice of completion of assembly of record sent to Clerk of Supreme |
| 01/13/1997 | | Judicial Court and attorneys for Commonwealth and defendant. |
| 01/13/1997 | | Two certified copies of docket entries, original and copy of |
| 01/13/1997 | | transcript, two copies of exhibit list, list of documents, copy of |
| 01/13/1997 | | indictment and notice of appeal, each transmitted to Clerk of |
| 01/13/1997 | | Appellate Court. (R.Tochka, ADA - K.McMahon, ADA - and D.Curhan, |
| 01/13/1997 | | Attorney for defendant) |
| 03/12/1998 | 21 | Rescript rec'd from Supreme Judicial Court "Judgement Affirmed", |
| 03/12/1998 | 21 | filed. (R. Tochka, K. McMahon, ADA's and D. Curhan, Attorney |
| 03/12/1998 | 21 | notified) |
| 06/14/1999 | 22 | Deft files motion to vacate and reimpose sentence based on |
| 06/14/1999 | 22 | Commonwealth vs. Stubbs case. (Donovan, RAJ notified w/copy) |
| 06/14/1999 | 23 | Deft files motion for appointment of counsel for his motion to revise |
| 06/14/1999 | 23 | or revoke sentence. (Donovan, RAJ notified w/copy) |
| 06/14/1999 | 24 | Deft files petition for a Writ of Habeas Corpus Ad Testificandum. |
| 06/14/1999 | 24 | (Donovan, RAJ notified w/copy) |
| 08/25/1999 | | Motion (P#22) denied. |
| 08/25/1999 | | Motion (P#23) denied see Mass.R.Crim P.29(a) |
| 08/25/1999 | | Motion (P#24) denied. Donovan, RAJ |
| 11/04/1999 | 25 | Memorandum of decision and order denying defendant's motion to revise |
| 11/04/1999 | 25 | or revoke this sentence by the Court. Borenstein, J. filed. |
| 11/04/1999 | 25 | (Defendant and Jane Sullivan, ADA each notified with copy) |
| 04/04/2000 | 26 | Deft files Pro Se Motion for a New Trial, Affidavit and Memorandum of |
| 04/04/2000 | 26 | Law in support of. |
| 04/04/2000 | 27 | Deft files Motion for Evidentiary Hearing on the Defendant's Motion |
| 04/04/2000 | 27 | for a New Trial. (J. Sullivan, ADA notified on #26 and #27) |
| 04/04/2000 | 28 | Deft files Motion for the Appointment of Counsel. Borenstein, J. |
| 04/04/2000 | 28 | notified on #26, #27 and #28) |
| 10/06/2000 | 29 | Deft files Pro Se Motion to be declared indigent. (Borenstein J. |
| 10/06/2000 | 29 | notified 10/12/00) |
| 01/19/2001 | | Motion (P#29) allowed. Borenstein, J. |
| 01/28/2002 | 30 | General correspondence regarding screening assignment, filed. |
| 01/28/2002 | 30 | (Borenstein, J. notified with copies) |
| 10/11/2002 | 31 | Deft files pro-se: motion for new trial. (Borenstein, J. & R. |
| 10/11/2002 | 31 | Tochka, ADA notified 10/22/02) |
| 10/30/2002 | | Motion (P#31) denied as endorsed by the Court. Borenstein, J. |
| 10/30/2002 | | (Defendant and R. Tochka, ADA notified with copy of endorsement) |
| 12/04/2002 | 32 | NOTICE of APPEAL FILED by Pedro Arce |

# Charges

1 Charges for Docket: SUCR1967-28880

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | Murder, 1st degree | SUDA67-28880 | Guilty verdict |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.