UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PEDRO ARCE, )<br>      Petitioner, )<br>)<br>v. )<br>)<br>LUIS SPENCER, )<br>      Respondent. )<br>) | Civil Action No. 05-11876-EFH |

**MOTION FOR RELIEF FROM CONFERENCE REQUIREMENT
PURSUANT TO FED.R.CIV.P. LOCAL RULE 7.1**

The respondent, through counsel, hereby respectfully requests that this Court grant him relief from the requirement of Local Rule 7.1 of the Rules of Civil Procedure mandating that parties confer before filing motions in civil cases. In support of this motion, respondent states that such conferences are not practicable since the petitioner, who is acting pro se, is incarcerated.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Jonathan Ofilos
Jonathan Ofilos ( BBO # 658091)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634

Dated: November 21, 2005

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the above document was served upon the petitioner, Pedro Arce, on November 21, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Pedro Arce, *pro se*, M.C.I. Norfolk, 2 Clark Street, Norfolk, Massachusetts 02056.

                                       /s/ Jonathan Ofilos
                                       Jonathan Ofilos
                                       Assistant Attorney General